No. 76–1512. CLOWES, SUPERINTENDENT OF SCHOOLS OF LOS ANGELES COUNTY, ET AL. *v.* SERRANO ET AL. Sup. Ct. Cal. Certiorari denied.

No. 76–1522. HARMER ET AL. *v.* MOTION PICTURE FILM ENTITLED "DEEP THROAT," ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 76–1529. SPENCER *v.* AYOUB ET UX. C. A. 3d Cir. Certiorari denied.

No. 76–1527. CHESNEY *v.* GRESHAM, TAX COLLECTOR OF MERCED COUNTY, ET AL. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 76–1568. JOYOUS JUNQUES, INC. *v.* WHITEHURST ASSOCIATES. Ct. App. D. C. Certiorari denied.

No. 76–1576. HELMS ET AL. *v.* VANCE, SECRETARY OF STATE, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 76–5889. EASON *v.* MALONEY ET AL. Sup. Ct. Conn. Certiorari denied.

No. 76–6350. PROFFITT *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 76–6365. STOKES *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 76–6366. JOHNSON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 76–6388. BUCHANAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–6406. PILLA *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.